Same case below, 80 So. 3d 303.

**No. 11-630. T. A., Petitioner v. Forest Grove School District.**

565 U.S. 1185, 132 S. Ct. 1145, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 1033.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 638 F.3d 1234.

**No. 11-640. Joshua Alford, Petitioner v. Consolidated Government of Columbus, Georgia, et al.**

565 U.S. 1185, 132 S. Ct. 1146, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 1061.

January 23, 2012. Motion of respondents for sanctions denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 438 Fed. Appx. 837.

**No. 11-672. David Bobby, Warden, Petitioner v. Joe D'Ambrosio.**

565 U.S. 1185, 132 S. Ct. 1150, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 1021.

January 23, 2012. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 656 F.3d 379.

**No. 11-7574. Donald William Dufour, Petitioner v. Florida.**

565 U.S. 1185, 132 S. Ct. 1150, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 936.

January 23, 2012. Motion of American Association on Intellectual and Developmental Disabilities for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 69 So. 3d 235.

**No. 11-7949. Quinton L. Brown, Petitioner v. Scott Fisher, Warden.**

565 U.S. 1185, 132 S. Ct. 1156, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 979.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-8047. In re Robert Royster, Petitioner.**

565 U.S. 1177, 132 S. Ct. 1160, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 1048.

January 23, 2012. Petition for writ of habeas corpus denied.

**No. 11-8103. In re Victor J. Balzarotti, Petitioner.**

565 U.S. 1177, 132 S. Ct. 1160, 181 L. Ed. 2d 1031, 2012 U.S. LEXIS 1037,

January 23, 2012. Petition for writ of habeas corpus denied.